```
           UNITED STATES DISTRICT COURT
          MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,     :    CR. NO. 1:00CR-00071
          Plaintiff           :
                              :     ORDER
v.                            :
                              :
GRABIEL ROSARIO,              :
          Defendant.          :
```

Upon Petition of the Government pursuant to Title 18, United States Code, Section 3573, it is hereby

ORDERED that the unpaid balance of the fine imposed on the defendant, Grabiel Rosario , on February 21, 2001,  in this action is remitted.

DATE:

 

_____
SYLVIA H. RAMBO
U.S. District Court Judge