UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  :  CR. NO. 1:00CR-00071
      Plaintiff  :
        :  ORDER
v.  :
        :
GRABIEL ROSARIO,  :
      Defendant.  :

    Upon Petition of the Government pursuant to Title 18, United States Code, Section 3573, it is hereby

    ORDERED that the unpaid balance of the fine imposed on the defendant, Grabiel Rosario, on February 21, 2001, in this action is remitted.

DATE:

                                                /s/ Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                U.S. District Court Judge

FILED
HARRISBURG, PA

SEP 0 4 2007

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk